AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

**FILED**
Nov 6 2023
Clerk, U.S. District Court
Western District of Texas

By: _____cr_____
　　　　　Deputy

| | |
|---|---|
| **USA** § | |
| § | CRIMINAL COMPLAINT |
| vs. § | CASE NUMBER: **EP:23-M -03570(1) ATB** |
| § | |
| **(1) SANTIAGO RAMIREZ-PAZ** § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 02, 2023** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), 202(4) and 557.

| in violation of Title | **8** | United States Code, Section(s) | **1326** |
|---|---|---|---|

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The DEFENDANT, RAMIREZ-Paz, Santiago is an alien to the United States and a citizen of Guatemala, was found in the United States on November 2, 2023. The DEFENDANT was "*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

　　　　　　　　　　　　　　　　　　　　　/S/ CHAVEZ, JORGE
　　　　　　　　　　　　　　　　　　　　　Signature of Complainant
　　　　　　　　　　　　　　　　　　　　　Border Patrol Agent

November 6, 2023　　　　　　　　　　　　at EL PASO, Texas
File Date　　　　　　　　　　　　　　　　City and State

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE　　　Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN
AT 11:32 A.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:23-M -03570(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) SANTIAGO RAMIREZ-PAZ**

FACTS   (CONTINUED)

found approximately 5 miles west of the Fort Hancock, Texas Port of Entry, near Fort Hancock, Texas, in the Western District of Texas.  From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Guatemala, on July 3, 2014, through New Orleans, LA.  The DEFENDANT has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

**Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

IMMIGRATION HISTORY:

**The DEFENDANT has been removed 1 time, the last one being to GUATEMALA on July 3, 2014, through NEW ORLEANS, LA**

CRIMINAL HISTORY:

**NONE**